IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CV104 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HEIDI D. HOLTEN, | ) | |
| a/k/a HEIDI D. HUTSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Publication (Filing No. 10) and supporting Index of evidence (Filing No. 11). Upon consideration,

**IT IS ORDERED:**

The plaintiff's Motion for Publication (Filing No. 10) is granted.

DATED this 20th day of October, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge